IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MISSONG MANAGMENT, LLC,** *Plaintiff,* | : : : : : | CIVIL ACTION |
| v. | : : | No.   22-3223 |
| **CARMEL OF JESUS, MARY AND JOSEPH IN ELYSBURG, PA, INC.,** *Defendant.* | : : : : : | |

## ORDER

**AND NOW**, this **28th** day of **October 2022**, upon consideration of Defendant's Motion to Dismiss (ECF No. 15), Memorandum of Law in Support (ECF No. 16), and Plaintiff's Response in Opposition (ECF No. 19), it is hereby **ORDERED** that the Motion is **GRANTED** and the case will be transferred to the Middle District of Pennsylvania. The Clerk of Court is instructed to transfer and close the case.

A Temporary Restraining Order is currently in place and this Order shall remain in effect until further Order alters it.

BY THE COURT:

/s/ Chad F. Kenney
**CHAD F. KENNEY, JUDGE**

1